UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No.: _____ |
| | : | |
| **BARBARA JOHNSON, also known as** | : | |
| **BARBARA GRESHOLM,** | : | VIOLATIONS: 18 U.S.C. § 287 (False |
| | : | Claims); D.C. Code § 4-218.01(a) |
| Defendant. | : | (Fraud in Obtaining Public Assistance) |

### I N F O R M A T I O N

The United States Attorney charges:

### COUNT ONE

Beginning on or about October 20, 2002, Barbara Johnson, also known as Barbara Gresholm, a resident of the District of Columbia, knowingly and intentionally presented false claims for financial assistance to the Public Housing Program provided by the District of Columbia Housing Authority ("DCHA"), and funded by the U.S. Department of Housing and Urban Development, a federal government agency. From on or about October 20, 2002, up to on or about August 31, 2006, in the District of Columbia, Barbara Johnson, also known as Barbara Gresholm, knowingly and intentionally presented false claims to DCHA for program benefits (reduced rent and financial assistance) that she was ineligible to receive, and fraudulently obtained funds and financial assistance on the basis of these false claims. In total, Barbara Johnson, also known as Barbara Gresholm, fraudulently obtained approximately 38,764 by knowingly and intentionally filing these false claims to DCHA to obtain benefits provided by federal funds.

**(False Claims, in violation of l8 U.S.C. § 287).**

## COUNT TWO

At all times material to this Information:

The District of Columbia Housing Authority ("DCHA") was a local government agency that administered a public housing assistance program in this District. Barbara Johnson, also known as Barbara Gresholm, resided at 249 37th Street, S.E., Washington, D.C., within a public housing project known as Stoddert Terrace, and was a participant in DCHA's public housing assistance program. From on or about October 20, 2002, up to on or about August 31, 2006, Barbara Johnson, also known as Barbara Gresholm did knowingly, and with the intent to injure and defraud, obtain public assistance, that is, money from DCHA, by, on multiple occasions, improperly submitting annual recertification forms to DCHA in which she under-reported her annual income, which resulted in DCHA partially funding the rent of Barbara Johnson, also known as Barbara Gresholm, in an amount greater than she was eligible to receive. As a result of the scheme, Barbara Johnson, also known as Barbara Gresholm, improperly received public assistance, that is, money belonging to DCHA to which she was not entitled, and used the money for her own benefit and use.

**(Fraud in Obtaining Public Assistance, in violation of D.C. Code § 4-218.01(a)).**

JEFFREY A. TAYLOR
United States Attorney

By: _____
JEAN W. SEXTON
Assistant United States Attorney
N.J. Bar 02122–1995
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 305-1419; Jean.Sexton@usdoj.gov