UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 0 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.        Criminal No: 08-085

Barbara Johnson
Defendant

### CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE FOR INQUIRY PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 11.

The United States Magistrate Judge has explained to me that I am charged with a felony and that the Magistrate Judge, with my consent, may report and recommend that my plea of guilty to a ~~felony~~ misdemeanor be accepted. I hereby consent to the Magistrate Judge exercising this authority in my case.

### WAIVER OF RIGHT TO TRIAL BY JURY

The Magistrate Judge has advised me of my right to trial by jury.

I HEREBY Waive (give up) my right to trial by jury.

_Barbara A. Johnson_
Defendant's Signature

Consented to by the United States:

_Jean W. Sexton_
Signature of Government Counsel

Jean W. Sexton, Asst. U.S. Attorney
Printed Name and Title

### REPORT AND RECOMMENDATION

On May 7, 2008, the defendant appeared before me and expressed his/her desire to plead guilty. Having made the inquiries required by FED. R. CRIM. P. 11, the undersigned concludes that the defendant is pleading guilty voluntarily with a full awareness of the consequences and of the rights he/she is surrendering by pleading guilty. Accordingly, the undersigned recommends accepting defendant's plea of guilty.

United States Magistrate Judge