AO 455 (Rev. 5/85)   Waiver of Indictment

**FILED**

MAY 0 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court

_for the_ DISTRICT OF _Columbia_

UNITED STATES OF AMERICA

v.

_Barbara Johnson_

**WAIVER OF INDICTMENT**

CASE NUMBER: 08-085

I, _Barbara Johnson_, the above named defendant, who is accused of _False Claims (18 USC 287) and Fraud in Obtaining Public Assistance 4 DC Code 218.01(a)_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _May 7, 2008_
Date
prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Barbara A. Johnson_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer