U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

FILED

MAY 0 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | |
| BARBARA JOHNSON, ALSO KNOWN AS BARBARA GRESHOLM, | : | Case No. 08-00085 (ESH) |
| Defendant. | : | |

## O R D E R

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this ___7th___ day of ___MAY, 2008___ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on ___5/7/08___ by ___SPECIAL AGENT JEFFREY LOWERY___ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to ___THE FIRST DISTRICT POLICE STATION AND CENTRAL CELLBLOCK___ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of _____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate)

DEFENSE COUNSEL

DOJ USA-16-1-80