UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>v. )<br> )<br>BARBARA JOHNSON, )<br>    Defendant. )<br> ) | CR. No. 08-00085 (ESH/AK) |

REPORT AND RECOMMENDATION

This matter was referred to a United States Magistrate Judge by the Honorable Ellen Segal Huvelle for the acceptance of a plea to Count Two of a two-count Information, alleging a violation of District of Columbia Code §4-218.01(a), Fraud in Obtaining Public Assistance.

Hearing on Plea

The Defendant, Barbara Johnson, came before the Court on May 7, 2008, represented by counsel, Alan Bayles. The Government was represented by Assistant United States Attorney Jean Sexton. For the record, Defendant, Defendant's counsel and Government counsel consented to proceed before the undersigned United States Magistrate Judge, for the purpose of conducting the plea colloquy and accepting the plea. The Court placed Ms. Johnson under oath and ascertained that she was competent to enter a plea to Count II, a misdemeanor, of the two-count Information, and the Court then proceeded to explain the nature of the charge to which the plea was being offered.

The Court followed Rule 11 of the Federal Rules of Criminal Procedure, advising the Defendant of the maximum possible penalty provided by law. The Defendant acknowledged that she wished to waive her right to a jury trial before a United States District Court Judge and that

by entering a plea of guilty, which, if accepted by the District Court, would waive her right to appeal a judgment of guilt. Defendant acknowledged that she was waiving her constitutional right not to incriminate herself. The Defendant indicated that the terms and conditions contained in the plea agreement, which was filed and made part of the record in this case, accurately reflected the agreement between herself, her counsel, and the United States and that no other promises, other than what was contained in the plea agreement, had been made to her in order to secure her plea of guilty in this case. Defendant acknowledged that she committed fraud in obtaining public assistance. The Court found, after advising the Defendant of her rights, Ms. Johnson's plea of guilty to Count Two of the Information was voluntarily and knowingly made and that her admission of guilt encompassed each of the elements of the offense charged in Count Two of the Information.

## Recommendation

The undersigned recommends that the trial court accept Ms. Johnson's plea of guilty based upon this Court's finding that the plea of guilty was knowingly and voluntarily made by Ms. Johnson who was found to be competent and that she fully understood the nature and the consequences of entering such a plea. Following the entry of the plea of guilty, the Court directed that the Defendant be placed on a personal recognizance bond. Defendant was referred to the Probation Office for a Pre-sentencing Investigation Report. Defendant's sentencing date before the Honorable Ellen Segal Huvelle has not yet been set.

May 7, 2008                                       _____/s/_____
                                                  ALAN KAY
                                                  UNITED STATES MAGISTRATE JUDGE