UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 08-00085 (ESH) |
| ) | |
| BARBARA JOHNSON, ) | **FILED** |
| ) | JUN 0 9 2008 |
| Defendant. ) | |
| ) | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

### ORDER

In a hearing before Magistrate Judge Alan Kay on May 7, 2008, the defendant entered a plea of guilty and the magistrate judge issued a Report and Recommendation advising the Court to accept defendant's plea. The Court has received no objection to the Report and Recommendation. *See* Local Crim. R. 57.19(b) ("Any party may file written objections to the magistrate judge's proposed findings and recommendations . . . within ten days after being served with a copy thereof."). Accordingly, the Court hereby adopts the recommendation of the magistrate judge and accepts defendant's guilty plea.

**SO ORDERED.**

*Ellen S Huvelle*
ELLEN SEGAL HUVELLE
United States District Judge

Date: June 9, 2008